**Order filed March 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————

## NO. 01-10-00341-CR

————————

**CAMERON MOON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1196446 (08006648J)**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 1 (video statement).**

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 1 (video statement), on or before **March 22, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 1 (video statement), to the clerk of the 178th District Court.

PER CURIAM